

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-23-00158-CR
_____

DOUGLAS RODRIGUEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 390th District Court
Travis County, Texas
Trial Court No. D-1-DC-21-302504, Honorable Julie H. Kocurek, Presiding

May 23, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Douglas Rodriguez, appeals his conviction for aggravated assault with a deadly weapon[1] and sentence to six years confinement.[2]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.  As no

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

[2] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.